In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00143-CV
_____

ELTON SENEGAL, Appellant

V.

HOWARD MARTIN, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 119822

**MEMORANDUM OPINION**

Elton Senegal filed a notice of appeal but failed to file a brief. On December 17, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On April 10, 2015, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice


Submitted on May 1, 2015
Opinion Delivered May 14, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.